NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLENDE, et al<br><br>　　　　　Defendants. | Case No. 3:96-cr-00031-HRH-JDR<br><br>**MOTION OF THE UNITED STATES TO DISMISS COMPLAINT AND QUASH ARREST WARRANT** |

　　　　The United States files with the court a Motion to Dismiss the charges against Luis F. Ocasio pursuant to Fed. R. Crim. P. 48(a) without prejudice in the above captioned case.

　　//

The government further requests that the outstanding arrest warrant be quashed.

       RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

                              NELSON P. COHEN
                              United States Attorney

                              <u>s/ Karen L. Loeffler</u>
                              KAREN L. LOEFFLER
                              Assistant U.S. Attorney
                              Federal Building & U.S. Courthouse
                              222 West Seventh Avenue, #9
                              Anchorage, Alaska  99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-1500
                              email: karen.loeffler@usdoj.gov