IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:96-cr-00031-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| vs. | ) | **GRANTING MOTION OF** |
| | ) | **THE UNITED STATES TO** |
| ALLENDE, et al, | ) | **DISMISS COMPLAINT AND** |
| | ) | **QUASH ARREST** |
| Defendant. | ) | **WARRANT** |
| | ) | |

Having considered the Government's Motion to Dismiss Complaint against Luis F. Ocasio and Quash Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

---

JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE