NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLENDE, et al.<br><br>Defendants. | Case No. 3:96-cr-00031-HRH-JDR<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT AND QUASH ARREST WARRANT AT DOCKET 361** |

The United States files with the court a Motion to Withdraw its previously filed Motion to Dismiss Complaint and Quash Arrest Warrant on July 31, 2007. The basis of the motion is that the United States filed the Motion to Dismiss Complaint and Quash Arrest Warrant in error.

The government will be filing soon separate Motion to Dismiss Superseding Indictment .

RESPECTFULLY SUBMITTED this 2nd day of August 2007, in Anchorage, Alaska.

                                        NELSON P. COHEN
                                      United States Attorney

                                      s/ Karen L. Loeffler
                                      KAREN L. LOEFFLER
                                      Assistant U.S. Attorney
                                      Federal Building & U.S. Courthouse
                                      222 West Seventh Avenue, #9
                                      Anchorage, Alaska  99513-7567
                                      Phone: (907) 271-5071
                                      Fax: (907) 271-1500
                                      email: karen.loeffler@usdoj.gov