IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:96-cr-00031-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| vs. | ) | **GRANTING THE UNITED** |
| | ) | **STATES' NOTICE OF** |
| ALLENDE, et al, | ) | **WITHDRAWAL OF** |
| | ) | **MOTION TO DISMISS** |
| Defendant. | ) | **COMPLAINT AND QUASH** |
| | ) | **ARREST WARRANT** |

Having considered the Government's Notice of Withdrawal of Motion to Dismiss Complaint and Quash Arrest Warrant filed on July 31, 2007 at Docket 361, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
UNITED STATES DISTRICT JUDGE