NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALLENDE, et al<br><br>           Defendants. | Case No. 3:96-cr-00031-HRH-JDR<br><br>**MOTION OF THE UNITED STATES TO DISMISS SUPERSEDING INDICTMENT AND QUASH ARREST WARRANT** |

The United States files with the court a Motion to Dismiss the Superseding Indictment against Luis F. Ocasio pursuant to Fed. R. Crim. P. 48(a) without prejudice in the above captioned case.

The government further requests that the outstanding arrest warrant be quashed.

RESPECTFULLY SUBMITTED this 2nd day of August 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Karen L. Loeffler
>KAREN L. LOEFFLER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>email: karen.loeffler@usdoj.gov