IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:96-cr-00031-HRH-JDR |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **[PROPOSED] ORDER GRANTING MOTION OF THE UNITED STATES TO** |
| ALLENDE, et al, | ) ) | **DISMISS SUPERSEDING INDICTMENT AND QUASH** |
| Defendant. | ) ) | **ARREST WARRANT** |

Having considered the Government's Motion to Dismiss Superseding Indictment against Luis F. Ocasio and Quash Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
UNITED STATES DISTRICT JUDGE