IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
     vs.                            )
                                    )
VICTOR ALLENDE, et al.,             )
                                    )      No. 3:96-cr-0031-HRH
                    Defendants.     )
_____)
                                    )
This Order Pertains to:             )
                                    )
LUIS F. OCASIO          (D-06)      )
_____)


O R D E R

Granting Motion to Dismiss
Superseding Indictment
and Quash Arrest Warrant[1]

Having considered the Government's motion to dismiss superseding indictment against Luis F. Ocasio and quash arrest warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is GRANTED.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 14th day of August, 2007.


                              /s/ H. Russel Holland
                              United States District Judge

_____

[1]Docket No. 363.

- 1 -