**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )   Case No. 3:96-cr-00031-06-HRH
v.                             )
                               )
LUIS F. OCASIO,                )
                               )
          Defendant.           )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　　　 X   The court has granted the motion of the government for dismissal without prejudice;
　　　　___  The court has granted the motion of the defendant for a Judgment of Acquittal;
　　　　___  A jury has been waived, and the court has found the defendant NOT GUILTY;
　　　　___  The jury has returned its verdict, finding the defendant NOT GUILTY;
　　　　___  (Other reason, or reasons, if any);
of the offenses of Conspiracy In Relation To Cocaine Distribution in violation of 21:846, Distribution and Possession Of Cocaine With Intent To Distribute in violation of 21:841(a)(1), Use Of Pagers and Telephones To Facilitate Drug Trafficking in violation of 21:843(b) and Criminal Forfeiture in violation of 21:853(p) as charged in counts 1, 2, 19 and 28, respectively of the Superseding Indictment.

　　　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　**DATED** at Anchorage, Alaska, this 15th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ H. Russel Holland
　　　　　　　　　　　　　　　　　　　　United States District Judge

[A96-031H.wpd]{DISCHARG.WPD*Rev.07/03}